

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Jessie James Johnson Jr.,　　　　　　　　* From the 385th District Court
　　　　　　　　　　　　　　　　　　　　　　of Midland County,
　　　　　　　　　　　　　　　　　　　　　　Trial Court No. CR58588.

Vs. No. 11-23-00188-CR　　　　　　　　* February 13, 2025

The State of Texas,　　　　　　　　　　* Memorandum Opinion by Williams, J.
　　　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed.